WILL S. SKINNER (SBN 206031)
DEFOREST KOSCELNIK YOKITIS
SKINNER & BERARDINELLI
6303 Owensmouth Avenue, 10th Floor
Woodland Hills, CA 91367
Telephone: (818) 936-3395
Facsimile: (818) 936-3091
Email: skinner@deforestlawfirm.com

Attorneys for Defendants
CONTINENTAL MOTORS, INC. and
TELEDYNE TECHNOLOGIES INCORPORATED
(incorrectly sued herein as Teledyne Technologies, Inc.)

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KRIS ELLIOT HIGLEY, MOLLY LAUREN HIGLEY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CESSNA AIRCRAFT COMPANY; TELEDYNE CONTINENTAL MOTORS; TELEDYNE TECHNOLOGIES, INC.; and DOES 1 through 200, inclusive,<br><br>　　　　　Defendants. | Case No.: CV10-3345 GHK (FMOx)<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br><br>NOTE CHANGES MADE BY THE COURT. |

## ORDER UPON STIPULATION

IT IS SO ORDERED that the Stipulated Protective Order, *as modified by the court* is hereby GRANTED.

DATED: _____May 23_____, 2011    _____

HON. FERNANDO M. OLGUIN

# PROOF OF SERVICE BY MAIL

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **6303 Owensmouth Avenue, 10th Floor, Woodland Hills, California 91367.**

On May 16, 2011 I served the **ORDER RE: STIPULATED PROTECTIVE ORDER** on the interested parties in this action by placing the **true copy**/original thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

### SEE ATTACHED SERVICE LIST.

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service.

The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Woodland Hills, California, in the ordinary course of such business.

☐ **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 16, 2011, at Woodland Hills, California.

By: _____
                    Will S. Skinner

- 2 -

ORDER RE: STIPULATED PROTECTIVE ORDER

**SERVICE LIST**

*Higley v. Cessna Aircraft Company, et al. (Case No. CV10-3345 GHK (FMOx))*

David W. Berglund, Esq.
Daniel J. Johnson, Esq.
LAW OFFICES OF BERGLUND & JOHNSON
21550 Oxnard, Suite 900
Woodland Hills, California 91367-7100
*Telephone:*  (818) 784-1224
*Facsimile:*  (818) 936-3011
*Email:*      dberglund@bjslawfirm.com

Attorneys for Plaintiffs
**KRIS ELLIOT HIGLEY & MOLLY LAUREN HIGLEY**