DAVID W. BERGLUND, State Bar No. 37796
DANIEL W. JOHNSON, State Bar No. 071359
LAW OFFICES OF BERGLUND & JOHNSON
21550 Oxnard, Suite 900
Woodland Hills, CA 91367-7100

(818) 992-1500          (323) 873-2363

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS ELLIOT HIGLEY, MOLLY LAUREN HIGLEY, <br><br>Plaintiffs, <br><br>v. <br><br>CESSNA AIRCRAFT COMPANY; TELEDYNE CONTINENTAL MOTORS, INC.; TELEDYNE TECHNOLOGIES, INC.; and DOES 1 through 200, Inclusive, <br><br>Defendants. | CASE NO. CV10-3345 GHK (FMOx) <br><br>SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTON TO STRIKE PLAINTIFFS' EXPERT JAN ROUGNAN FOR FAILING TO DISCLOSE PRIOR TESTIMONY AS REQUIRED BY FED. R. CIV. P. 26(A)(2)(b)(V) |

Attached hereto as Exhibit 1 is the Amended FRCP 26 Disclosure of Deposition and Trial Testimony of Plaintiffs' Life Care Planning expert, Jan Roughan, which was served on counsel for Defendant, Continental Motors, via email on November 29, 2011 and, personally, on November 30, 2011. Plaintiffs' counsel stipulated that defense counsel could take another deposition of Ms. Roughan on November 30, 2011 regarding the additional information provided in Exhibit 1, attached hereto. Said deposition was taken at the offices of defense counsel, Will S. Skinner, Esq. of DEFOREST KOSCELNIK

-1-

SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTON TO STRIKE PLAINTIFFS' EXPERT JAN ROUGNAN FOR FAILING TO DISCLOSE PRIOR TESTIMONY AS REQUIRED BY FED. R. CIV. P. 26(A)(2)(b)(V)

1 | YOKITIS, SKINNER & BERARDINELLI, 6303 Owensmouth Ave., 10th Floor, Woodland Hills, CA 91367.

Law Offices of
BERGLUND & JOHNSON

DATE: 11-30-11

_____
DANIEL W. JOHNSON
SBN: 071359
Attorney for Plaintiff

SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTON TO STRIKE PLAINTIFFS' EXPERT JAN ROUGNAN FOR FAILING TO DISCLOSE PRIOR TESTIMONY AS REQUIRED BY FED. R. CIV. P. 26(A)(2)(b)(V)

EXHIBIT 1

# Jan Roughan
# Deposition and Trial Testimony

| Date | Case Names | Venue | Case Number |
|---|---|---|---|
| 7/26/2007 Depo 9/18/2007 Trial 6/5/2008 Depo | Julee Day v Mt Diablo Medical Center | Superior Court of California, County of Contra Costa | C 03-03024 |
| 8/31/2007 Depo | Theresa Rodriguez v ResCare | Superior Court of California, County of San Mateo | 114740 |
| 4/19/2008 Depo 5/2/2008 Trial | Gutierrez v City of Costa Mesa | Superior Court of California, Orange County | |
| 3/08/2007 Depo 07/05/2007 Trial | Basco v Toyota | California Superior Court, County of Los Angeles, Central District Court | 2:2009cv06307 |
| 5/16/2006 Depo 1/25/2007 Trial | Baez v L&L Machinery | California Superior Court, County of San Bernardino, Rancho Cucamonga District | RCVRS083256 |
| 3/13/2007 Depo 10/30/2007 Trial | Sylvia Delgado v Kia Motors | Los Angeles Superior Court | BC 336729 |
| 10/04/2007 Depo 5/27/2008 Trial | Miguel Nava Garcia v Food 4 Less | Superior Court of Los Angeles, Central | |
| 5/10/2007 Depo 10/1/2007 Trial | Alberto Martinez v PJ Lumber | Superior Court of Kern County, Bakersfield | HG-05-220843 |
| 4/10/2007 Depo 4/17/2007 Trial | Leilani Gutierrez v United States of America | United States District Court, Central District, Santa Ana, CA | SA CV 04-1045-AHS |
| 5/22/2007 Depo 8/23/2007 Trial | Teresa Gonzalez v Dresick Farms | Superior Court of Imperial County, Brawley | L-00916 |
| 3/31/2008 Depo 4/23/2008 Trial | Tilton v Southern California Gas Co | California Superior Court, County of Los Angeles | BC367753 |
| 3/3/2008 Trial | Lizaola v Ford | California Superior Court, County of Los Angeles, Central District Court | |
| 3/11/2008 Depo 6/17/2008 Trial | Griffin v City of Los Angeles | California Superior Court, County of Los Angeles, Central District Court | BC367263 |
| 11/11/2008 Depo 11/17/2008 Trial | Dan Laborde v Pure Rock Christian Fellowship | Superior Court of California, Riverside County | RIC 441207 |
| 4/18/2008 Depo 5/02/2008 Trial | Ariel Gutierrez v Reitshtein Trust | Santa Monica Municipal Court | SC 092 490 |
| 1/04/2008 Depo | Priscilla Contreras v State of California | Superior Court of Los Angeles, Central | BC 365948 |
| 5/10/2005 Depo 10/22/2007 Trial | Claudette Phillips v Chrysler LLC | Superior Court of San Bernardino County, Barstow | |
| 1/09/2009 Depo 5/4/2009 Trial | Chavez, Jesus v JCD Concept | California Superior Court, County of Los Angeles, North Valley District, Chatsworth | |
| 3/11/09 Depo 10/13/2009 Trial | Nelsen v Hillyard, Inc. | California Superior Court, County of San Bernardino | |
| 8/8/2009 Mediation | Maria Ibanez v City of Los Angeles | California Superior Court, County of Los Angeles, Central District – Judicate West | |

| | | | |
|---|---|---|---|
| 11/17/2009 Depo | Daniel Mallet and Catherine Mallet v County of San Bernardino | Superior and Municipal Courts of California, County of San Bernardino, Central District | CIVSS 707440 |
| 6/25/2009 Depo 1/27/2010 Trial | Orihuela v Time Dispatch | Superior Court of California, County of Los Angeles, North Valley District | PC039829 |
| 5/25/10 Arbitration | Lowery v Kaiser Foundation Health | California Superior Court, Orange County – JAMS | OIA:9641 |
| 5/17/2010 | Akopyan v Bear Trucking | California Superior Court, County of Mendocino, Ukiah | SCUKCVG 03-90370 |
| 10/12/2010 Arbitration | Haskell v State Farm | California Superior Court, County of Los Angeles – Judicate West | |
| 10/19/2010 Depo 10/28/2010 Trial | Robert Crenshaw v Land O'Lakes Inc | Superior Court of California, County of Kings | 09C 0254 |
| 7/27/2010 Trial | Maria Morales v Cholicolopez | Los Angeles Superior Court | YC056141 |
| 2/09/2010 Depo 4/20/2010 Trial | Rashid Chen-Drake v Larrabee Condominiums | Los Angeles Superior Court, Santa Monica | SC 096 367 |
| 10/5/2010 Depo | In Bae Kim et al v LACMTA | Superior Court of California, County of Los Angeles, Central District | BC418447 |
| 10/20/2010 Depo 1/13/2011 Trial | Pedeferri v Bert's Motorcycle | California Superior Court, County of Ventura | 56-2009-00357429-CU-PO-PTA |
| 4/04/2011 Depo 4/25/2011 Trial | Felipe Curiel v Pacific Container | California Superior Court, County of Los Angeles, South District Court, Long Beach | NC052908 |
| 7/22/2011 Depo 8/30/2011 Trial | Brian Richeson v Tovey/Schultz Construction Inc. | California Superior Court, County of Riverside | RIC526139 |
| 11/29/2011 Depo | Kenneth Mullen v Avis Rental Truck | California Superior Court, County of Los Angeles, Central District Court | BC411891 |
| 12/14/2010 Depo 02/23/2011 Trial | Lourdes Sanchez v FBI | Los Angeles Federal Courthouse | CV-09-8477RGK (PLAX) |
| 5/18/2011 Depo 6/17/2011 Trial | Thomas Savage v State of California | California Superior Court, County of Nevada | |
| 6/22/2011 Trial | Bradbury v Weinshang Liu | California Superior Court, County of Los Angeles, East District | KC058548 |
| 6/28/2011 Depo 7/21/2011 Trial | Caughran/Hernandez v Seymour | California Superior Court, County of Los Angeles, Central District | BC444610 |
| 5/13/2011 Depo | Kees v Talamantes | California Superior Court, County of Los Angeles, Van Nuys | LC087919 |
| 9/14/2011 Depo 9/22/2011 Trial | Biolley v Select-A-Service | California Superior Court, County of Los Angeles, Pomona | KC059884 |
| 9/16/2011 Depo | Higley v Cessna Aircraft | United States District Court, Central District of California | CIV10-3345-GHK (FMOx) |

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 21550 Oxnard Street, Suite 900, Woodland Hills, California 91367.

On November 30, 2011, I served the foregoing documentation described as **SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTON TO STRIKE PLAINTIFFS' EXPERT JAN ROUGNAN FOR FAILING TO DISCLOSE PRIOR TESTIMONY AS REQUIRED BY FED. R. CIV. P. 26(A)(2)(b)(V)** on all interested parties in said action, by placing a copy thereof enclosed in a sealed envelope, addressed as follows:

See attached Mailing List

X    BY MAIL: I caused such envelope thereon fully prepaid to be placed it the United States mail at Woodland Hills, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

___    (BY PERSONAL SERVICE) I delivered by hand to the offices of the addressee.

___    (BY FACSIMILE) by use of facsimile machine, telephone number 818.992.1541. I served a copy of the within documentation on the interested parties in the within action by transmitting to the numbers above. The facsimile machine I used complied with the California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission report of the transmission.

___    (BY FEDERAL EXPRESS) I served the within documentation on the interested parties in the within action, by placing a true copy thereof enclosed in a sealed envelope designated by Federal Express for overnight delivery, with overnight delivery fees provided for and deposited in a facility regularly maintained by Federal Express for receipt of overnight mail at 21550 Oxnard Street, Woodland Hills, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 30, 2011, at Woodland Hills, California.

*/s/ Lori Anderson*
Lori Anderson

PROOF OF SERVICE MAILING LIST

Will S. Skinner, Esq.                                   REPS. TELEDYNE DEFENDANTS
DeForest Koscelnik Yokitis Skinner & Berardinelli
6303 Owensmouth Ave., 10th Floor
Woodland Hills, CA 91367

Stephen R. Ginger, Esq.                                 REPS. TELEDYNE DEFENDANTS
Teledyne Continental Motors, Inc.
P.O. Box 90
Mobile, Alabama 36601-0090