UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS ELLIOT HIGLEY, *et al.*, <br> Plaintiffs, <br> vs. <br> CESSNA AIRCRAFT CO., *et al.*, <br> Defendants. | Case No. 10-3345 JCG <br><br> **JUDGMENT** |

This case was tried by Judge Jay C. Gandhi sitting without a jury from July 15-19, 2013, and the Court reached a decision in favor of defendant Continental Motors, Inc. ("Defendant").

Accordingly, IT IS ORDERED THAT:

(1) Plaintiffs Kris Elliot Higley and Molly Lauren Higley ("Plaintiffs") recover nothing and that the action be dismissed on the merits;

(2) Defendant shall recover from Plaintiffs costs of suit as a prevailing party pursuant to Fed. R. Civ. P. 54, Local Rule 54-3 and 28 U.S.C. § 1920, in a sum to be determined by the Clerk of Court; and

(3) The parties shall meet and confer regarding the Notice of Application to the Clerk to Tax Costs and Proposed Bill of Costs prior to submission.

1 | *It is so ordered.*
2 |
3 | DATED: September 30, 2013
4 |
5 | _____
6 | HON. JAY C. GANDHI
7 | UNITED STATES MAGISTRATE JUDGE

2